UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Shanicqua Bryant

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Pottsgrove School District

Ann Marie Lucas, personal and professional capacity

**COMPLAINT**

Jury Trial:  ☒ Yes    ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name             Shanicqua Bryant
            Street Address   512 1/2 N Charlotte Street
            County, City     Montgomery, Pottstown
            State & Zip Code Pennsylvania, 19464
            Telephone Number 484-366-6787

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Pottsgrove School District
Street Address: 1301 Kauffman Rd
County, City: Montgomery, Pottstown
State & Zip Code: Pennsylvania, 19464

Defendant No. 2
Name: AnnMarie Lucas
Street Address: 1301 Kauffman Rd
County, City: Montgomery, Pottstown
State & Zip Code: Pennsylvania 19464

Defendant No. 3
Name: 
Street Address: 
County, City: 
State & Zip Code: 

Defendant No. 4
Name: 
Street Address: 
County, City: 
State & Zip Code: 

II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
  ☐ Federal Questions            ☐ Diversity of Citizenship

*(Federal Questions is circled)*

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Appeal of ODR due process decision
False Light, Section 1983 Discrimination

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Pottstown Pennsylvania, Pottsgrove Borough

B. What date and approximate time did the events giving rise to your claim(s) occur? 2023-2025
appeal ODR decision dated 9-22-2025

C. Facts: [What happened to you?] This is an appeal of a due process hearing. The hearing officer, prior to hearing, approved the testimony of the Pottstown school district then on day of hearing would not allow the parent, plaintiff, to ask questions regarding communications that the two school districts had pertaining to the enrollment of the plaintiff son.

plaintiff would like a full hearing to present evidence that she is entitled to present to prove her claims, hearing officer denied plaintiff the right to present her case.

[Who did what?] Plaintiff also seeks claims against AnnMarie Lucas in her professional and personal capacity

violation American with Disabilities Act (ADA)   Discrimination on the basis of color

&False Light Tort   intentional infliction emotional distress   harassment

promissory estoppel, she promised that I would be treated fairly and she has lied

[Was anyone else involved?] Lucas made false police reports and colluded with Pottstown School D against plaintiff, negligence

[Who else saw what happened?]

Rev. 10/2009                           - 3 -

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. mental, had to be prescribe medication for symptoms. blood pressure super elevated but unable to treat due to plaintiff already taking max script

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. plaintiff seeks to have a hearing on the merits of the due process appeal
plaintiff also seeks monetary damages in the amount of $50,000 from Pottsgrove school district and $50,000 from AnnMarie Lucas

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __18__ day of __November_____ , 20 __25__ .

Signature of Plaintiff __S Bryant_____

Mailing Address  512 1/2 N Charlotte Street

_Pottstown Pa 19464_____

_____

Telephone Number    484-366-6787_____

Fax Number *(if you have one)*  _____

E-mail Address  nicqua8212@gmail.com_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____